■ In the Matter of 6140 REST. CORP., Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the State Liquor Authority, dated May 5, 1976 and made after a hearing, which, upon finding petitioner guilty of certain misconduct, suspended its on-premises liquor license for 10 days and ordered a bond forfeiture of $1,000. Determination confirmed and proceeding dismissed on the merits, with costs. The record contains substantial evidence to

support the determination, and the penalty imposed is not so disproportionate to the offense as to be shocking to one's sense of fairness (see *Matter of Pell v Board of Educ.,* 34 NY2d 222; *Matter of Stolz v Board of Regents of Univ. of State of N. Y.,* 4 AD2d 361). Latham, Acting P. J., Margett, Suozzi and Mollen, JJ., concur.